# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1799
_____

United States of America

*Plaintiff - Appellee*

v.

Thomas J. Bowles

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: December 9, 2024
Filed: December 12, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Thomas Bowles appeals the sentence imposed by the district court[1] after he pleaded guilty to sex offenses pursuant to a written plea agreement containing an

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri, now retired.

appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

We conclude that the appeal wavier is valid, enforceable, and applicable to this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (stating that this court reviews de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (stating that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss the appeal.

_____